IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| HARLEY D. HOERLER, JACQUIE M. HOERLER, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Case No. 08-391-KI |
| vs. | ) ) ) | ORDER DISMISSING WELLS FARGO FINANCIAL |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., TRANS UNION, LLC., DISCOVER FINANCIAL SERVICES, INC., CAPITAL ONE BANK, WELLS FARGO FINANCIAL, BANK OF AMERICA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Justin M. Baxter
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon  97225

Keith D. Karnes
Olsen, Olsen & Daines
1599 State Street
Salem, Oregon  97209-0829

      Attorneys for Plaintiff

Page 1 - ORDER DISMISSING WELLS FARGO FINANCIAL

Pilar C. French
Megan E. Smith
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon  97204

    Attorneys for Defendant Wells Fargo Financial

KING, Judge:

    Plaintiff's Motion to Dismiss (#58) is GRANTED.  Plaintiff's claims against Wells Fargo Financial are dismissed with prejudice and without fees or costs to any party.

    Dated this       8th        day of June, 2009.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge